# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
02/11/2020
Clerk, U.S. District Court
Western District of Texas

By: _____RRV_____
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:20-M -00877(1) - MAT |
| | § |
| (1) AMERICA ORALIA PABLO-GERANIMO | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 08, 2020** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**
.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

"The DEFENDANT, America Oralia PABLO-Geranimo aka Estella MATEO-Simon, an alien to the United States and a citizen of Guatemala was found approximately 3.11 miles west of the Paso Del Norte, Texas Port of Entry in the Western District of

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Rodriguez, Luis Enrique
Border Patrol Agent

02/11/2020                    at    EL PASO, Texas
File Date                          City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE        Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - EP:20-M -00877(1)

WESTERN DISTRICT OF TEXAS

(1) AMERICA ORALIA PABLO-GERANIMO

FACTS   (CONTINUED)

Texas.  From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on 02/06/2020 through El Paso, Tx.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

The DEFENDANT was previously apprehended on 1/29/2020 in El Paso, Texas.  At the time of the 1/29/2020 apprehension the DEFENDANT claimed to be a citizen of Mexico with no immigration documents to be legally in the United States.  The DEFENDANT was prosecuted for 8 USC 1325 Illegal Entry on 01/31/2020 and removed to Mexico on 2/6/2020.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been deported 1 time(s), the last one being to GUATEMALA on February 6, 2020, through PASO DEL NORTE, TX, BRIDGE


CRIMINAL HISTORY:
01/31/2020, EL PASO, TEXAS, 8 USC 1325(M), CNV, 6 DAYS CONFINEMENT.