Filed: 02/11/2020
Clerk, U.S. District Court
Western District of Texas

By: **RRV**
Deputy

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: EP:20-M -00877(1) |
| (1) AMERICA ORALIA PABLO-GERANIMO<br>*Defendant* | § § | |

# ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Because the interests of justice so require, the Federal Public Defender, of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of this court.

It is, accordingly, so ORDERED this 11th day of February, 2020.

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE