# FEDERAL PUBLIC DEFENDER

WESTERN DISTRICT OF TEXAS

**MAUREEN SCOTT FRANCO**
FEDERAL PUBLIC DEFENDER

JUDY F. MADEWELL
FIRST ASSISTANT

_____

REGINALDO TREJO, JR.
EDGAR HOLGUIN
*EL PASO*
SUPERVISORY ASSISTANTS

RICHARD C. WHITE FEDERAL BUILDING
700 E. SAN ANTONIO AVENUE, SUITE D-401
EL PASO, TEXAS 79901-7020

TELEPHONE
(915) 534-6525
TOLL FREE
(855) 666-1510
FACSIMILE
(915) 534-6534
_____

SAN ANTONIO
AUSTIN
DEL RIO
PECOS
ALPINE

February 12, 2020

U.S. District Clerk
Albert Armendariz, Sr.
U.S. Courthouse
525 Magoffin Ave.
El Paso, TX 79901

          **RE:** **Assignment of Defense Counsel In:**
               **USA v. America Oralia Pablo-Geranimo**
               **Cause No. EP-20-M-00877-MAT**

Dear Sir/Madam:

      Please be advised that I, Assistant Federal Public Defender, Edgar Holguin am assigned to the above-referenced case.

                                     Very truly yours,

                                     MAUREEN SCOTT FRANCO
                                     Federal Public Defender

                                         /S/
                                   EDGAR H. HOLGUIN
                                   SUPERVISORY ASSISTANT FEDERAL PUBLIC DEFENDER